STATE of Missouri, Respondent,

v.

**Lewis Shawn COX, Appellant.**

**WD 79219**

Missouri Court of Appeals, Western District.

ORDER FILED: August 8, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied October 31, 2017.

Ellen Flottman, Columbia, MO, Counsel for Appellant.

Karen Kramer, Jefferson City, MO, Counsel for Respondent.

Before Division One: James Edward Welsh, P.J., Lisa White Hardwick, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Lewis Shawn Cox appeals his convictions, following a jury trial, for first-degree statutory sodomy (§ 566.062, RSMo. Cum. Supp. 2010) and first-degree rape (§ 566.030, RSMo. Cum. Supp. 2013), for which he was sentenced by the circuit court to two consecutive thirty-year prison terms. We affirm. Rule 30.25(b).